IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOB LARDE, I.V., | ) | |
| | ) | Case No. 21 C 2915 |
| Plaintiff, | ) | |
| | ) | Judge Jorge L. Alonso |
| v. | ) | |
| | ) | Magistrate Beth W. Jantz |
| CITY OF CHICAGO, | ) | |
| A Municipal Corporation, | ) | |
| CHICAGO POLICE OFFICERS | ) | |
| JOHN DOES 1-11, | ) | |
| and CHICAGO POLICE OFFICER | ) | |
| JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

_____
Samantha Gutierrez, Attorney for plaintiff
Bob Larde IV,
Gainsberg Law, P.C.
22 W. Washington St., 15th Floor
Chicago, IL 60602
(312) 600-9585
Attorney No. 6331363
DATE: 08/09/2021

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

BY: _____
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 8/10/21

_____
Cheryl Friedman
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 6318488
DATE: 8/10/21